Oscar D. HEFFNER, Appellant,

v.

State of MISSOURI; Missouri Supreme Court; Missouri Court of Appeals, Eastern District of Missouri; James R. Dowd, Chief Judge of the Missouri Court of Appeals; Pecola Pendleton, Appellees.

No. 02–3917.

United States Court of Appeals, Eighth Circuit.

Submitted May 20, 2003.

Decided May 23, 2003.

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

Oscar D. Heffner appeals from the district court's [1] dismissal of his civil rights complaint. Upon de novo review, we conclude that dismissal of Heffner's claims against the state defendants was proper for the reasons stated by the district court. We also conclude that dismissal of Heffner's claims against Pecola Pendleton was proper because Heffner did not allege that she violated his federal rights or that she

---

* The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

acted under color of state law. *See Hott v. Hennepin County,* 260 F.3d 901, 905 (8th Cir.2001).

The judgment is affirmed. *See* 8th Cir. R. 47B.

A true copy.